# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1641. LISA L. DAVIS v. WILLA ASHLEY.

The magistrate court issued a dispossessory judgment in favor of Willa Ashley and against Lisa L. Davis. Davis appealed to superior court, the superior court also ruled in Ashley's favor, and Davis thereafter filed this direct appeal. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Davis's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  07/03/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.